IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM R. PERKINS, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| FRANK D. GILLIS, et al., | : | No. 04-1697 |
| Respondents. | | |

## O R D E R

**AND NOW**, this 19th day of January, 2007, upon careful and independent consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and Recommendation of United States Magistrate Judge Peter B. Scuderi (Docket No. 24), Petitioner's Objections (Docket No. 25), and Respondents' Response (Docket No. 26), it is **ORDERED** that:

1. The Report and Recommendation (Docket No. 24) is **APPROVED** and **ADOPTED**.

2. The petition for Writ of *Habeas Corpus* is **DENIED** with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge